Lloyd W. CRAMER; Daniel E. Lipich, Plaintiffs—Appellants,

v.

CONSOLIDATED FREIGHTWAYS, INC. Defendant—Appellee.

Guillermo Alfaro, Plaintiff,

and

Dennis R. Blevins; Ray R. Casio; Steve Cunningham; Rick Dewoody; Alejandro Garcia; David V. Garcia; Raul C. Garcia; James A. Greco; Bruce A. Harvey; John K. Hatfield; Robert W. Hatfield; Lee A. Ingram; Zeno King, Jr.; John L. LaCroix; Gregory A. Landavazo; Melvin Leo Lewis; Enrique Lopez; Herbert Marcus; Ignacio V. Ochoa; Brian K. Pagne; Manuel Parra; James A. Proitte; Carlos Rivera; Harold James Taylor, Jr.; Thomas A. Scott; David W. Stephens; J.B. Stewart; Alfonso Wagner; Larry A. Wells; Robert P. Williams; Eric J. Wright; William A. Yesford; Miguel Abarajas; Sandra Ray Ambrose; Guillermo Amesola; Abelardo Apuan; Michael Vincent Arbanas; Carlos Argandora; Jose Abriero; Marcario Acellano; Fernando Avila; Michael E. Bannan; Arnold A. Barajas; Robert Barras; Mike Bartley; David Barton; Jan K. Beber; William Otis Beggs; Craig Anthony Berlene; Paul Eugene Boatwright; Brigido Bolivar; Raymond Bonia; Richard Boon; Roger J. Brass; Gary Brooks; Michael D. Brown; Joanne Brummer; Scott Bubier; Eduardo S. Cardenas; Manuel Cardona; Mario Carillo; Harris A. Carter; Richard Ceniceros; Jack Clark; Kenneth L. Clark; Fernando A. Clavijo; Robert L. Clinton; Richard Contreras; Rance D. Cooper; Anthony Cordero; Armando Cordero; John L. Cordero; Rudy H. Couthart; Charles Davidson, II; Thomas Dersghy; Philip DiGenova; Charles Dirner; Jimmy Dixon; Al Dorame; Eddie Shepherd; Clifford J. Felton; Mike Fitzgerald; Jose Luis Flores; Rafael O. Flores; Ed Foor; Jerry France; Albert Alex Franco; Ramon B. Franco; Michael Gambino; Anthony Gapdora; Rober T. Garcia; Donald K. Glover; David P. Gomez; Manuel E. Gonzales; Gerald W. Goodwin; Devin Jonathan Gordon; Jonathan J. Gordon; Jerry Goforth; Bernal Gregetz; Jose Gutierrez; Jesse D. Haley; James Harper, Jr.; Sandra Heatley; Patrick L. Heron, Jr.; Randall William Hobbs; Narvell E. Hooks; Steve Hopkins; Tim Hosea; Gayle Lynn Hampton; James Hurlburt; John W. Jackson; James Robinson; William Jarrell; Alfredo Jimenez; Gary E. Johnson; Peter Karaban; Robert M. Kirkland; Larry Rissel; Cary Knight; Anne M. Knutzen; Patrick J. Knutzen; Ervin Kroll; Frank P. Lagumina; Herclio Lemus; Eloria Reyes; Richard E. Lucero; Enrique Mancilla; Clifford E. Maples; Guillermo Martin; Reguio Martin; Gilbert M. Martinez; Ronald A. Matthews; David E. May; Michael J. McCarthy; Don R. McClary; William R. McFarland; Saul A. McKechan; P.L. Medina; Pedro A. Monge; Alfred Montoya; Arthur Mora; Marcos Morales; Roy L. McFoot; DeWayne Mortensen, II;

Mark Mulhern; Oscar Munoz; John Murray; Rayno Norducci; Hector Ochoa; Jorge Ochoa; Michael O'Neal; Luis E. Ortega; Gilbert George Ortiz; Victor Parker; David Perales; Isidro Perales; Robert Portillo; Robin J. Quigley; Joseph R. Quilty, II; Robert Reynoso; Bryan Richard; Carlos Orozco Rivas; Gilbert C. Rivera; Howard Robinson; Audias Rodriguez; Hugo Rodriguez; Ruben Rodriguez; Tomas A. Rodriguez; John Rojas; Javier Roman; Armando Romero; Robert A. Rosas; Eugene A. Rose; Francisco J. Ruiz; C.W. Ryan; Catherine Schatz; Dennis Schatz; Steven Schilling; Norman W. Schoolcraft; Ernie Scolari; John P. Sorouse; Joseph Selcho; James Shinn; Nathan Shropshire; Richard F. Shumway; David Manual Sierras; David H. Smith, Jr.; Robert P. Smith; Clarence Satterland; James Bobby L. Stone; Alejandro Tirado; Fabrizio Torres; Brian Unzicker; Frank Valdez; Mario A. Vasquez, Jr.; Mario A. Vasquez, Sr.; Richard J. Vargas; Alexander Villa, Jr.; Guadalupe Reyes Waggoner; Waymond A. Walker; Robert Welsh; William M. Weston, Jr.; Robert Fritz Westreicher; Judy Len Wilson; Gary Wayne Yates; Denna Jean Yasania; Donald Ray Yoder; Lyle Archibald; Ewald Barth; Leroty O. Bell; Henry Camacho; Nick J. Carender; K.W. Carrithers; Jose Casillas; Armando Coronado; Richard Cota; Donald K. Cronk; Richard Joseph Diaz; Jack E. Dobson; Francisco Esparza; Jose C. Flores; Ernest W. Frick; Rudy Gomez; Joseph Gonzales; Michael Groom; Joaquin Hernandez; John Alfred Hill; Terry L. Johnson; Oscar H. Martin; Ely McDonagle; Fulton L. Mitchell; Grady Richard Nutt; Gilbert Ortiz, Jr.; Michael T. Pauch; Jeffrey M. Phillips; Michael R. Preston; Billy C. Ratledge; Alfred G. Rodriguez; Gilbert Rosales; Oliver Sonjy; John Sturges; Donald F. Woods; F. Thomas Thorne; Ronald M. Aubert Harvey George Beach; Paul Edward Becker; Harold Burnley; Kim Harsha; Joseph Chavez; Paul E. Cox; Joseph DeFrancis; Bill Joe McFarland; William E. Muldoon; Jose A. Udell Peterson; Andrew Slaughter; Amos Taylor; Jim H. Willoughby; Richard Alvarado; Henry H. Andrade; Gary A. Ramirez; Armand S. Ramirez; Masao Shobe; Noble A. Carson; Eric G. Fromm; Lue G. Gary; Richard Anthony Leon; James R. O'Neill; Jerry Strother; Todd T. Stevens, Plaintiffs—Appellants,

v.

Consolidated Freightways Corporation, a Delaware corporation; CNF Transportation, Inc., a Delaware corporation, aka Consolidated Freightways, Inc.; Mark Epstein, an individual; Douglas Schuster, an individual; Doe Security Installation Company, Defendants—Appellees.

Charles R. Davidson, II; Guillermo Alfaro; David Fitzhugh; Steven B. Bugarian; Ignacio Lawton; Drew Wheat; Donald Stubblefield, Plaintiffs,

and

Theresa Hoffman; Masao Shobe, Plaintiffs–Appellants,

v.

Consolidated Freightways Corporation, a Delaware corporation, aka Consolidated Freightways Corporation of Delaware; CNF Transportation, Inc., a Delaware corporation, aka Consolidated Freightways; Mark Epstein, an individual; Douglas Schuster, an individual, Defendants–Appellees.

No. 98–55657, 98–56041, 98–56154.

United States Court of Appeals, Ninth Circuit.

Sept. 27, 2000.

### ORDER

HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it

is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.